Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
## for the

_____ District of _____

_____ Division

)
)                          Case No. 2:24-cv-93-SPC-NPM
)                          _____
)                          (to be filled in by the Clerk's Office)
WALTER DUNNING
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

OFICOR STACK
FORT

(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

)
)
)                          Jury Trial: (check one) ☐ Yes ☐ No
)
)
)
)
)
)
)
)
)
)
)

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
## (Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name _WALTER T DUNNING_

Address _2262 WILLARD ST_

_FoNTmyers_         _FL_         _33901_
City                      State            Zip Code

County

Telephone Number

E-Mail Address

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name _FoNTmyers PoLice DepT._

Job or Title *(if known)* _SgT. GoNzaLes_

Address _2210 WidmaN WAy_

_FoNTmyers_       _FL_       _33901_
City                   State          Zip Code

County

Telephone Number

E-Mail Address *(if known)*

[ ] Individual capacity    [ ] Official capacity

Defendant No. 2

Name _X OFFicer sTack_

Job or Title *(if known)* _FonTmyer PoLic DepT._

Address _2210 WidmaN WAy_

_FonTmyear_       _FL_       _33901_
City                   State          Zip Code

County

Telephone Number

E-Mail Address *(if known)*

[ ] Individual capacity    [ ] Official capacity

Page 2 of 6

Defendant No. 3

    Name

    Job or Title *(if known)*

    Address

|  | City | State | Zip Code |
|---|---|---|---|

    County

    Telephone Number

    E-Mail Address *(if known)*

☐ Individual capacity    ☐ Official capacity

Defendant No. 4

    Name

    Job or Title *(if known)*

    Address

|  | City | State | Zip Code |
|---|---|---|---|

    County

    Telephone Number

    E-Mail Address *(if known)*

☐ Individual capacity    ☐ Official capacity

**II.    Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

    A.    Are you bringing suit against *(check all that apply)*:

        ☐ Federal officials (a *Bivens* claim)

        ☒ State or local officials (a § 1983 claim)

    B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

        FIRST AMENDMENT OF UNITED CONSTITUTION

        EIGHT AMENDMENT OF UNITED CONSTITUTION

    C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? FIRST AMENDMENT OF UNITED CONSTITUTION

        EIGHT AMENDMENT OF UNITED CONSTITUTION

D. CONTINUANCE SECTION 1983
whent To The Police Dept. AN RECIVD A
copy That The TRESPASIG had been dismissd
on LiFTed AN The year of 5-6-18 9-28, AN YEAR OU KNOW
9-9-18
SPENT APPROXIMATAL 48 hours in Jail AN
had To bond out costing $300 dollar bonding
AND The officers CONTISCATED APPEOXLY

$1000   ~~$1000~~ dollars AN some change but
Fail To RETURN The currency in cash
AND gave The PLANTIFF A credit card. in
which The PLANTIFF Losed APPROXMITLY $42
~~$42~~ dollars causing A FINACEAL Hand ship.
CREATING EXCESSIVE FINCES AN bond
money in violion oT The ON EIGHT AmindmeT
ON A FALSITED change. In which I will
ATTach ALL WARNINGS. Which is NOT A TRESPASING
WILL ATTach ALL copys

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. *I WAS ARRESTED AT 2335 CLEVELAND AVE FORT myers FL 33901, FOR TRESPPASSING Under STATUTED 775.083.(B) OR 775.082. In The YEAR 2023 AN I EXPLAIN That The TRESPPASING WAS desmissed on ~ AND The officer Faild To Properly check The Record To verify That The Record WAS TRUE AN LATER The PLAINTiFF*

III.    **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

*2335 CLEVELAND AVE FORT myer FL 33901 AT The RACE TRACK STORE*

B.    What date and approximate time did the events giving rise to your claim(s) occur?

*X ON FEb. 23, 2023 Approximately 6:49 Am*

C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

*The FACTS That I WAS ARRESTED ON A First Time chang. That dissmessed _____ x AN FALSE Imprisonment under captivity ON A charge That WAS dismissed an ____x AN suffend cruL an unusual Punisment AN Sy divid Freedom. IN violicn oF The First AN Eight Amendment, an single 787.02 CREATing cruL an unusuaL Punisment an denied Fredom by FaLs inprisonment*

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

IV.    **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Denyed Freedom. CRuL TReTmunt, FaLSe Inprisoment CReaTing Losc oT US cunrey. Pain suffing. mental anguish punitive Damages

V.    **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

CLERIFICATION

CONTINUINC OF CLOSING

PLAINTIFF AKS THE COURT TO APOINT A
ATTORNEY PRO bONO due TO THE PLAINTIFF
dose NOT hAVE EFFICIENCY US CURRENCY
TO AFORD A ATTORNEY.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    X 1-29-2024

Signature of Plaintiff

Printed Name of Plaintiff

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

|  | City | State | Zip Code |
|---|---|---|---|

Telephone Number

E-mail Address

Page 6 of 6