UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

WALTER T. DUNNING,

    Plaintiff,

v.   Case No.:  2:24-cv-93-SPC-NPM

OFFICER ARTURO GONZALES
and OFFICER AARON STACK,

    Defendants.
_____/

## ORDER

This matter comes before the Court after review of the docket.  Pro se Plaintiff Walter T. Dunning brings this civil rights action against two police officers. (Doc. 15).  Because he continues to miss hearings and Court deadlines, the Court dismisses for failure to prosecute.

For the last six months, the Court has tried to move this case along, to no avail.  Plaintiff filed a motion requesting the Court's assistance with serving Defendants and to order mediation. (Doc. 10).  The Court set a hearing to discuss the motion, but Plaintiff was a no show. (Doc. 11).  The Court then issued an Order to show cause why this action should not be dismissed. (Doc. 13).  In response, he stated that he caught the wrong bus and showed up too late. (Doc. 14).  The Court accepted this excuse and reset the hearing. (Doc. 17).

Incredibly, Plaintiff again failed to appear. So the Court show caused him again. (Doc. 21). And again, Plaintiff stated that he had transportation problems. (Doc. 22). The Court accepted this excuse, but this time reset the hearing as a telephonic hearing. (Doc. 24).

Plaintiff showed up to the telephonic hearing. The Court advised him that he would need to make himself available to confer with opposing counsel about motions and to submit a case management report. Following the hearing, however, Defendants filed a unilateral case management report. (Doc. 28). Defendants stated that they unsuccessfully attempted to contact Plaintiff several times. They later clarified that they received a single text message from Plaintiff after filing the case management report but otherwise have had no communication. (Doc. 30).

Given Plaintiff's latest non-compliance, the Court issued an Order to show cause why this case should not be dismissed for failure to prosecute. (Doc. 29). The Court gave him until April 24, 2025, to respond. Now a week after this deadline, Plaintiff has yet to respond. Given the Court's clear directive to respond or face dismissal—and Plaintiff's history of failing to appear at hearings—the Court now dismisses this action for failure to prosecute. *See* Local Rule 3.10.

Accordingly, it is now

**ORDERED:**

1. This action is **DISMISSED without prejudice**.

2. The Clerk is **DIRECTED** to deny any pending motions as moot, terminate any deadlines, and close the case.

**DONE** and **ORDERED** in Fort Myers, Florida on May 1, 2025.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record